IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Mitsubishi Motors Credit of America, Inc., | ) ) ) | C.A. No. 4:08-03393 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| Suzuki Outlet of Myrtle Beach, SC, LLC d/b/a Myrtle Beach Mitsubishi and Alexander Barletta, | ) ) ) ) ) | |
| Defendants, | ) ) | |
| vs. | ) ) | |
| Mitsubishi Motors North America, Inc., | ) ) | |
| Third Party Defendant. | ) ) | |

The Court has been advised by counsel for the parties that this matter has been resolved. Former third-party defendant Mitsubishi Motors North America, Inc., has filed a motion for entry of final judgment noting that this Court dismissed the third-party defendant from this action on February 23, 2010. (Doc. #92). The former third-party defendant notes that no amended third-party complaint or other pleading stating a claim has been filed against it by the individual defendant, and the former third-party defendant requests that the Court enter final judgment. (Doc. #92). The third-party defendant's motion is **GRANTED**, (Doc. #92), and this Court hereby notes that Mitsubishi Motors North America, Inc. is dismissed from this action.

The plaintiff Mitsubishi Motors Credit of America, Inc. and the individual defendant Alexander Barletta have filed a joint motion for dismissal with prejudice pursuant to Federal Rule

of Civil Procedure 41(a), noting that all claims against the individual defendant have been resolved. (Doc. #94). The joint motion, (Doc. #94), is hereby **GRANTED**, and the Court notes that all claims against individual defendant Alexander Barletta are hereby dismissed with prejudice.

Finally, the plaintiff Mitsubishi Motors Credit of America, Inc. filed a supplemental stipulation indicating that it has dismissed all claims against the corporate defendant Suzuki Outlet of Myrtle Beach, SC, LLC d/b/a Myrtle Beach Mitsubishi pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court notes that the corporate defendant previously filed for bankruptcy in 2008.

It appearing to the Court that all claims have been resolved, this action is hereby **DISMISSED** in its entirety.

**IT IS SO ORDERED**.

                                                s/Terry L. Wooten
                                            United States District Judge

September 17, 2010
Florence, South Carolina